FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
**************************
Case No. DA 21-0614
**************************

STATE OF MONTANA,                    )
                                     )
    Plaintiff and Appellee,          )
                                     )
    v.                               )
                                     )
CHRISTOPHER I. TOULOUSE,             )
                                     )
    Defendant and Appellant.         )


***********************************
**ORDER**
***********************************

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing:

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including September 22, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2023